**Order entered December 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01294-CV

**TOM KARTSOTIS, Appellant**

**V.**

**RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04489**

## ORDER

We **GRANT** appellees' December 7, 2015 unopposed motion for an extension of time to file a reply brief in support of their cross-appeal. The reply brief shall be filed by **DECEMBER 28, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE